**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

~~FILED~~
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
_____ DIVISION

OCT 0 2 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

Frank Lawrence
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. 07934-20
(Do Not Put Your Social Security Number)
1. KENDRA ROBERTS APRN
2. V. PULASKI COUNTY ARKANSAS      CASE NO. 4:20-cv-01174-BRW-JTR
3. PULASKI COUNTY SHERIFFS DEPT.
4. SHERIFF ERIC HIGGINS

5. CHIEF LAWRENCE HENDRICKS      8. MARILYN COMPTON- MEDICAL DIRECTOR
6. OFFICER/JAILER DYERS      7. OFFICER/JAILER/ESCORT LATTIMORE
(Enter above the full name of the Defendant      ALL SARGENTS AND LIEUTENANTS REFUSE
or Defendants, in this action.)      TO PROVIDE FIRST NAMES OF DYERS
                                    AND OFFICER LATTIMORE, USING THE EXCUSE
                                    OF PRIVACY PROTECTION,

**I.    Previous Lawsuits**

    **A.**    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____    No ✓

    **B.**    If your answer to A is yes, describe each lawsuit in the space below including the **exact** **Plaintiff name or alias used.** (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        **1.**    Parties to previous lawsuit

        Plaintiffs: _____ This case assigned to ~~District~~ Judge Wilson

        and to ~~Magistrate~~ Judge Ray
        Defendants: _____

        _____

        **2.**    Court (if federal court, name the district; if state, name the county):

        _____

        **3.**    Docket number: _____

        **4.**    Name of judge to whom case was assigned: _____

        **5.**    Disposition (for example:  Was the case dismissed?  Was it appealed? Is it still pending?) _____

        **6.**    Approximate date of filing lawsuit: _____

        **7.**    Approximate date of disposition: _____

**(Revised 04/2015)**

-1-

**II.**     **Place of Present Confinement:**   PULASKI COUNTY REGIONAL
DETENTION FACILITY

**III.**    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

   **A.**   Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes   ✓          No _____

   **B.**   If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented. According to Sgt. Massodiq; Some grievances are not grievable,

   **C.**   If your answer is NO, explain why not: Some grievances are electronically deleted from Kiosk. No longer using paper grievance forms. I've been denied the printed data from my electronic file where all data relevant to grievances are stored

**IV.**    **Parties**

   (In item A below, place your name in the first blank and place your present address in the second blank.)

   **A.**   Your Full Name: Frank Lawrence

   Address: 1932 Eureka Garden Road (mail to PCRDF)
North Little Rock Arkansas 72117

   (In Item B below, place the **full** name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

   **Do Not List Witnesses.**

   **You may not name the jail as a Defendant.  The jail is a building and cannot be sued.**

   **B. Read carefully and fill out all information sought.**
      Sheriff ERIC HIGGINS , PULASKI COUNTY ARKANSAS
      **1. Defendant #1** Chief Lawrence Higgins
         Buddy Villines Pulaski County Quorum Court
      ⭐ Full Name: KENDRA Roberts, Marilyn Compton: Medical Director

   Position: APRN

   Place of Employment: Pulaski County Jail

   Address: 3401 West Roosevelt Rd.
Little Rock, Arkansas  72204

Defendant #8

FULL NAME: MARILYN COMPTON

POSITION: MEDICAL DIRECTOR

PLACE OF EMPLOYMENT: PULASKI COUNTY REGIONAL DETENTION FACILITY
3401 WEST ROOSEVELT Rd
Little Rock Arkansas 72204

Aramark
TOBACCO VENDOR
PULASKI COUNTY REGIONAL
DETENTION FACILITY
3401 WEST ROOSEVELT Rd.
Little Rock Arkansas 72204
Buddy Villines

## 2. Defendant #2

**Full Name:** Pulaski County Arkansas Quorum Court

**Position:** County Government

**Place of Employment:** Pulaski County Jail

**Address:** 3401 West Roosevelt Road
Little Rock, Arkansas 72204

## 3. Defendant #3

**Full Name:** Pulaski County Sheriffs Dept. Sheriff Eric Higgins

**Position:** Sheriff

**Place of Employment:** Pulaski County Sheriffs Department

**Address:** 3401 West Roosevelt Road
Little Rock, Arkansas 72204

## 4. Defendant #4

**Full Name:** Lawrence Hendricks

**Position:** CHIEF

**Place of Employment:** Pulaski County Sheriffs Department

**Address:** 3401 West Roosevelt Road
Little Rock Arkansas

## 5. Defendant #5

**Full Name:** BLACK FEMALE ESCORT/OFFICER LATTIMORE

**Position:** GUARD/ESCORT/JAILER

**Place of Employment:** Pulaski County Sheriffs Department

**Address:** 3401 West Roosevelt Road
Little Rock, Arkansas 72204

## 6. Defendant #6

**Full Name:** BLACK FEMALE JAILER/OFFICER DYERS

**Position:** GUARD/ESCORT/JAILER

**Place of Employment:** Pulaski County Sheriffs Department
3401 West /Roosevelt Road Rd. Little Rock
Arkansas 72204

7. Defendant #7

Full Name: Pat O'Brien

Position: Pulaski County Prosecuting Attorney
Pulaski County Courthouse and/or 3rd & Spring
Little Rock, Arkansas 72204

**Address:** 3401 West Roosevelt Road
Little Rock, Arkansas 72204

**V.** At the time of the alleged incident(s), were you:
(check the appropriate blank)

   ✓   in jail and still awaiting trial on pending criminal charges
   ___   serving a sentence as a result of a judgment of conviction
   ___   in jail for other reasons (*e.g.*, alleged probation violation, etc.)

**Explain:** An alleged domestic battery 2, January 5, 2019
Alleged terroristic threatening June 7, 2019

Please provide the date of your conviction or probation or parole revocation:

N/A

**VI.** **Statement of Claim**

State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the **facts** of your claim.

With respect to **each** claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

**Claim Number # 1:**

Type of Claim (for example: excessive force, denial of medical care, etc.):

Denial of medical care, Refusal to treat diagnosis of
my calcified aorta. ADA violations and negligence led to injury.

Date of the Occurrence: beginning July 16, 2017

Name of each Defendant involved: Kendra Roberts APRN, Marilyn Compton Medical Director
Buddy Villines,  An RN with last name Arnold
Lawrence Hendricks, Eric Higgins & Pulaski County Arkansas

(A) With respect to Defendant (Name) Kendra Roberts , describe the acts or omissions of **this** Defendant that form the basis for claim #1 and any harm caused by it.

I have a diagnosis of Aortic Calcification and a recommendation
of a Calcium Channel Block by MD in Orange County Florida
and APRN Roberts reply, "Just because you have an illness,
doesn't mean we have to treat it."

APRN Roberts is aware of me having Post Polio Syndrome and previous prescriptions for Amytryptekene, Mobic and gabapentin and hydroxyzene. She refuses to order Seraquel, Protonix, Trazadol

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

We are repeatedly told the only way to receive prescription medications or ambulatory devices is we have to prove previous consumption via Authorization to Release Medical Information. I use a cane and walker previously prescribed by an M.D. at Port St. Lucie Hospital in Port St. Lucie, Florida. Roberts refuses to order ambulatory aids plus documented meds

**(B) With respect to Defendant (Name)** Kendra Roberts **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

Routinely & regularly delayed vital treatment due to the fact she's not an M.D. and does not honor continuation of previous care including meds and assistive devices. The staff has lied repeatedly about sending authorizations to release medical information to 5 different treatment facilities. The refusal to do so has caused out right delays and denial. Refusal to treat my cardiac condition can cause heart attack, stroke even further heart disease or all 3.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✗ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

① Health care and treatment by clinicians since Hippocrates has been to first of all treat patients with dignity & respect, and most recently adherence ② to HIPPA privacy regulations. Perform a thorough and substantial history and physical to augment and confirm any previous diagnosis. Perform ③ necessary diagnostic test to confirm past or present diseases or illnesses. The ④ continuation of medical and pharmaceutical treatment is a rudimentary

**(C)** With respect to Defendant (Name) APRN Roberts Kendra , describe the acts or omissions of **this** Defendant that form the basis for claim #1 add any harm caused by it.

practice of healthcare providers duties. All providers at PCBDF do not comply with any of the 4 aforementioned tasks. By denying my heart condition, diagnosed by a board certified MD · Cardiologist in 2010 at Good Samaritan Hospital in Baltimore, Maryland; I am at a very high risk of stroke, myocardial infarction, congestive heart-failure and even death. She has minimal training in treating acute conditions. She is not an MD nor board certified.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__X__ **both official and personal capacity**

Negligence of ADA Assistive living devices led to my shower injury 7/27

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

ADA violations occur due to references made to my age, and assertions by staff that I am old; and a lifestyle of suffering and pain should be expected. There is an outright disregard for disability accommodations, ie; hand rails in bathing areas, single man cells to encourage social distancing. Younger men in their 20's and 30's can routinely get access to walkers and wheelchairs. 2 out of 8 wheelchair users that I have observed are bonafide paraplegics while 4 are capable of walking, just obese. 2 young men in their 30's are small in physical stature and claim back injuries and other physical ailments to prevent being placed on top bunks. ADA violations and ageism has been the basis for me being denied a wheelchair and a walker; crutches and/or CANE

Buddy Villines Pulaski County Quorum Court
Pulaski County Arkansas
Chief Lawrence Higgins
Sheriff Eric Higgins

**(D) With respect to Defendant (Name)** Kendra Roberts **, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.**

APRN Roberts is refusing to treat my heart disease. Aortic calcification is a precursor to congestive heart failure, cardiac arrythmias, myocardial infarction and death. There is radiograhp evidence to corroborate the anomaly. Nurses aren't taught to interpret the disease processes of AC. She is allowing my heart to deteriorate due to her refusal to treat, "Just because you have the condition, doesn't mean I have to treat it." She literally told me that she was going to let me die.

**Are you suing this Defendant in his or her: (check the appropriate blank))**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

__✓__ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Medical science dictates that once a person is symptomatic and treatment is necessary to eradicate the condition, highly trained specialists determine the necessary course of treatment. Treatment modalities may include a 2nd opinion from a specialist, medical or surgical intervention or paliative treatment. Kendra Roberts told me personally that I would

**Claim Number # 2:** be referred to a cardiologist. This never occured

**Type of Claim (for example: excessive force, denial of medical care, etc.):**

Denial of Medical care appropriate to the injury

**Date of the Occurrence:** July 27, 2020

**Name of each Defendant involved:** Pulaski County Arkansas, Chief Lawrence Hendricks, Chief Eric Higgins Kendra Roberts, Marilyn Compton: Medical Director

With respect to defendant (Name) Marilyn Compton

Type of claim: Denial of medical care.

Marilyn Compton: Describe the acts or ommissions of this Defendant that form the basis for claim #5 and any harm caused by it.

As medical director of PCRDF, it is her responsibility to implement the directives that insure quality health care. She also is responsible for establishing a comprehensive plan that routinely eliminates the spread of the Covid 19 Virus.

Are you suing this defendant in her personal capacity or both

X  official and personal capacity

An official protocol has been established by Dr. Daniel Fauci, The Center's for Disease Control, and the national Institutes of Health to exercise minimal precautions to avert the spread of the Covid 19 Virus. Handwashing 7-8 times or more daily, Mask wearing and social distancing. Marilyn Compton is not giving the leadership and devoted the necessary manpower.

X  Describe the Acts or Ommissions of this defendant that form the basis for this harm.

She has not understood the harm that is caused by and from asymptomatic Covid 19 carriers. The virus is being spread because of the lack of frequent testing. I have been tested only once since my detainment on July 16th 2020. This was 7 days later while in the Q unit on July 23. I had to be taken to the UAMS Emergency Room on September 27 and I have not been retested since.

I have contacted:

ADC Omega
c/o Dr. Naveen Patil
10809 Executive Center Drive Suite 319
Chrustal Hill Arkansas 72211
(501) 352-8296

I do not know what my status is, whether I tested positive or not. At age 64 I need to know.

8

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

√   both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

A slip and fall by a 230 lb. man on a concrete floor will typically and most usually result in stress micro or hairline fractures. These types of fractures diagnosed by MRI-magnetic resonance imagery. Lumbar, vertebral, hip, knee, leg and ankle fractures that are secondary to the type of severe injury I suffered needs MRI

(C) **With respect to Defendant (Name)** _____, describe the acts or omissions of this Defendant that form the basis for claim #2 and any harm caused by it.

Kendra Roberts' lack of medical qualifications restricted her from making an accurate diagnosis of possible fractures which would have led the emergency room staff at UAMs to perform MRI. Sheriff Higgins, Chief Hendricks and Pulaski County have allowed inappropriate care given by unqualified clinicians. The harms I suffer are paralysis, pain, paresthesias and numbness. Inability to walk.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

√   both official and personal capacity

-9-

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

individuals whom suffer these types of injuries have follow up and additional diagnostic procedures if needed. ie; MRI and/or Cath scan. Since I suffered a head injury, an electro encephelogram/encephelograph should have been performed.

**(D)  With respect to Defendant (Name)** Higgins, Hendricks, Villines and Roberts
Pulaski County Arkansas , describe the acts or omissions of **this** Defendant that form the basis for claim #2 and any harm caused by it.

I still suffer daily with excruciating pain and limited mobility without the aid of assistive devices including crutches, walker and/or wheelchair. I repeatedly request additional assistance and accomodations both verbally and by Kiosk and I get no response,

**Are you suing this Defendant in his or her: (check the appropriate blank)**

____   **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____   **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__X__   **both official and personal capacity**

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

professional follow up, professional diagnostics & treatment by competent staff

**Claim Number # 3:**

**Type of Claim (for example: excessive force, denial of medical care, etc.):**

Denial of structured & effective Covid 19 precautions
Intentional exposure to high risk detainees. Over 64, hypertension diabeti
hypercholestremi

**Date of the Occurrence:** July 16, 2020   to present

**Name of each Defendant involved:** Roberts, Pulaski County Arkansas,
Hendrix & Higgins. Villines

Marilyn Compton
Lawrence Hendrix Cpc
Buddy Villines, Kendra Robert's, Eric Higgins,

**(A) With respect to Defendant (Name)** Pulaski County Arkansas **, describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

Marilyn Compton
Pulaski County Arkansas, Roberts, Hendrix, Higgins
& Villines. Blatant disregard for the severity of
the virus and outright refusal by all parties
to mandate and enforce social distancing, hand
washing and mask wearing.

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

According to the CDC; Centers for Disease Control
and NIH; National Institute of health recommend
3 precautionary tasks. 1. Social distancing, mask
wearing and handwashing. PCRDF has no soap
for inmate use. No toilet paper and 90% of the
detainees don't wear masks. This behavior is
leading to the acquisition of Covid 19 virus and death

Buddy Villines Pulaski County Quorum Cart
Kendra Roberts
Lawrence + Hendricks
Eric Higgins

**(B)  With respect to Defendant (Name)** PULASKI COUNTY ARKANSAS **describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

willful and wanton neglect of publicly communicated precautions including repeated and regular handwashing, mask wearing & social distancing. There is no hot running water in the men's restroom used by more than 15 men per hour or 360 times a day. If a bacterial culture was taken on the door, toilet seat and push button flusher Feces can be detected. Visible feces are present on the seat daily

**Are you suing this Defendant in his or her: (check the appropriate blank)**

_____   **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)**

_____   **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)**

_____   **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Regular handwashing with soap. Only inmates with money on their commissary accounts can buy soap from Aramark. Inmates don't wear masks. Other than myself, maybe 1 or 2 other detainees. The jailers go cell to cell asking if inmates have masks and of course they all say yes. While matriculating they wear no masks, nor are they ased to put them on.

**(C)  With respect to Defendant (Name)** et: al **, describe the acts or omissions of this Defendant that form the basis for claim #3 and any harm caused by it.**

Buddy Villines, Laurence Hendrix, Eric Higgins, Pulaski County Ark Kendra Roberts

KENDRA ROBERTS APRN SHOULD BE THE POINT PERSON ON A RELENTLESS CRUSADE TO MINIMIZE Covid19 cases by having daily visits to coach Covid19 awareness and prevention and encourage compliance. To warehouse 80+ men in a confined space such as this unit and not have hand soap available daily for each inmate and not have hot running water borders on criminal -12- negligence

Are you suing **this** Defendant in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

Already publicized mandates such as social distancing, frequent hand washing, mask wearing, use of soap, bacteria cidals & statics, and frequent sanitizing of living areas and spaces with frequency deprives me of human & civil rights and equal protection. These techniques have become mandatory to prevent Covid 19. There is no testing done

(D) With respect to Defendant (Name) MARILYN COMPTON  KENDRA ROBERTS  Buddy Villines, Lawrence Hendrix, ERIC HIGGINS PULASKI County, describe the acts or omissions of **this** Defendant that form the basis for claim #3 and any harm caused by it.

Refusing to test frequently is a false sense of security assuming that if there is no fever or high skin temperature then a person does not have the virus or be a carrier. This act is dangerous and harmful to me because of asymptomatic carriers. AC's are silent assassins who present with no sneeze, cough or cold & flu like symptoms. According to Dr. Daniel Fauci, they can infect others.

Are you suing **this** Defendant in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

The refusal by Pulaski County regional detention facility to test. I was originally detained on July 16, 2020 and not since or 65 days and not frequently enough

we have minimal access to safe and clean drinking water.
There is a tub/sink for hot & cold water and it's used to wash
shampoo from inmates hair, remove cream depilatory from
scalp and facial hair, washing socks, t shirts, underwear

**Claim Number # 4:** and vaseline saturated do-rags."

**Type of Claim (for example: excessive force, denial of medical care, etc.):**

Denial of my right to due process, Denial of my right to a
fair and speedy trial as is my constitutionally guaranteed right.

**Date of the Occurrence:** Jan 5, 2019

**Name of each Defendant involved:** Pulaski County Prosecuting Attorney
Pat O'Brian, Sheriff Lawrence Higgins Chief Eric Higgins
Buddy Villines

Pulaski County Ark.          Buddy Villnes, Lawrence Hendrix Eric Higgins
**(A) With respect to Defendant (Name)** Pat O'Brian , describe the acts or
omissions of this Defendant that form the basis for claim #4 and any harm caused by it.

Allowing the prosecutor to have an innumerable amount
of continuances. I was originally arrested on case # 60CR-19-738
Jan 5, 2019. Following preliminary hearing the prosecution
continued for absence due to National Guard duty and several
other reasons. Fourteen months later after numerous
continuances, my trial date was set for March 22nd, 2020
While I was under a mandatory quarantine in Orlando,
**Are you suing this Defendant in his or her: (check the appropriate blank)**
Florida

____ official capacity only (An official capacity claim is the same as suing the governmental
entity this Defendant works for and requires proof that a custom or policy of the
governmental entity caused the alleged violation.)

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual
liable for his own actions taken in the course of his duties.)

__X__ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe
caused the violation of your constitutional rights.**

I am constitutionally guaranteed the right to habeas
Corpus. This case began Jan 2019 and continuances
made it run through 2020. Now the trial is entering
into 2021 with a date of March 23 2020 set for
trial I was detained on June 10.2020 in Orlando, Florida

and picked up by Pulaski County sheriffs deputies and driven back to Arkansas on July 17, 2020. That means that I will have been in custody for 9 months and 2 weeks before my trial, as well as 57 days while awaiting bond in 2019.

**(B)** With respect to Defendant (Name) Pulaski County, Lawrence Hendricks, ERIC HIGGINS BUDDY VILLINES PATООБ! describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.

The prosecuting attorney currently has placed in my data base, 4 failure to appear charges. No other charges are noted. This most assuredly guarantees that I will not get a bond because bondsmen will not touch a single case when a FTA is on file. Also the last warrant I received is noted "NO BOND".

Are you suing **this** Defendant in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

**X** both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

My constitutional rights to a speedy trial have been violated. When it is tried, 26 months will have elapsed. The alleged victim was arrested for parole violation in June 2019 and sentenced to 3 months on TPV and served 90 days at PCBDF. Arrested October on a no-contact order violation, aggravated assault against me

**(C)** With respect to Defendant (Name) Pat O'Brian , describe the acts or omissions of this Defendant that form the basis for claim #4 and any harm caused by it.

Prosecutorial misconduct, Intentional denial of Habaes Corpus.

→ by attempting to stab me on a public bus in North Little Rock while being video recorded[5]. Christine Marie Linn was also charged with public intoxication and continues to serve time

at McPherson Womens Prison in Newport, Arkansas
The prosecutor has a difficult time scheduling trial
dates around Christine Marie Linn 712403; Jail & prison
dates

Are you suing **this** Defendant in his or her: (check the appropriate blank)

\_\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental
entity this Defendant works for and requires proof that a custom or policy of the
governmental entity caused the alleged violation.)

\_\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual
liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe
caused the violation of your constitutional rights.

Malicious prosecution. Deprivation of Habeas Corpus
Prosecutorial Misconduct occured because there was
no warrant issued because this is a civil case. The
alleged victim made the claim of terroristic threats in a
phone call to Pulaski County Sheriff. No investigation was done
or otherwise a revenge allegation due to me not returning earnest
money on a house they wanted

**(D)** With respect to Defendant (Name) Pat O'Brian , describe the acts or
omissions of **this** Defendant that form the basis for claim #4 and any harm caused by it.

The malicious prosecution occured based on me refusing
to sell the alleged defendant and her husband my house.
They became outraged when after taking my house off
the market for their impending purchase, they wanted
me to reduce the asking price and terms. They did not
adhere to the contract so they made a criminal complaint
out of retribution as their earnest money was not returned.

Are you suing **this** Defendant in his or her: (check the appropriate blank)

\_\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental
entity this Defendant works for and requires proof that a custom or policy of the
governmental entity caused the alleged violation.)

\_\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual
liable for his own actions taken in the course of his duties.)

✓ both official and personal capacity

-16-

CLAIM

TYPE OF CLAIM   My right to equal protection. My right to have a safe environment free of known documented carcinogens. My constitutional rights are being violated because smoking is banned in all county, city, state and federal buildings and facilities but not the Pulaski jail. 2nd hand smoke is harmful

DATE 7/16/2020

NAME EACH DEFENDANT: BUDDY VILLINES, PULASKI COUNTY, PULASKI COUNTY JAIL
ERIC HENDRIX, LAWRENCE HIGGINS, KENDRA ROBERTS
MARILYN COMPTON   Aramark
SGT. MOSSADIQ # 2829

NAME ACTS AND OMMISSIONS
Cigarette smoking is not prohibited in Pulaski County Jail. ALL NAMED INDIVIDUALS KNOW The harms of tobacco use yet all tolerate it's use even in confined spaces such as the men's and youth cells.

Describe the acts/
OMMISSIONS   ALL named parties allow juveniles to access tobacco products distributed by Aramark. On Oct 19, 2019 an official memorandum was issued by Sgt. Musadaig #2829 prohibiting smoking in the "D" unit with penalties levied against those who smoke or possess tobacco

X   professional capacity
Aramark is fully aware of the harms that cigarette smoking causes. Sgt. Mossadiq acts in an official capacity as well but is fully aware there are 12 juveniles housed in the "D" unit and they all smoke because adult inmates give the tobacco to minors and the guards light cigarettes for juveniles

Describe the acts that cause harm
I am not a smoker and I am being exposed to deadly second hand smoke daily because inmates are allowed to smoke throughout the unit, barracks and cells freely.

describe the official policy
The official policy is contradictory. On Oct 19, 2019, The Pulaski County jail sent out a memo that would ban cigarette smoking in the "D" unit

1. All tobacco products should be removed from the Aramark kiosk order inventory

2. Any adult, including guards that possess cigarette lighters and light tobacco products for children should be fired immediately and charged with contributing to the delinquency of minors.

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

The defendant and spouse were suppose to present their allegation to the prosecutor and doing so the logical conclusion would have been a referral to a civil attorney. Thirty minutes after leaving the home I was originally arrested for a claim of aggravated battery, but the alleged defendant apparently changed their story or the prosecutor facilitated the switch.

**VII.    Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓  **Compensatory damages** (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓  **Punitive damages** (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

1. my immediate release from PCBDF on humanitarian grounds with all charges dismissed.
2. Pulaski County pays for appropriate medical treatment throughout the lifetime of Mr. Lawrence.
$1.5 million punitive damages
$1.5 million compensatory damages
As a disabled person by ADA standards I need 1 man handicapp

Cell

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this **22** day of **September**, 20 **20**.

Frank Lawrence
**Printed Name of Plaintiff**

Frank Lawrence
**Signature of Plaintiff**

Mr Frank Lawrence - Inmate # 07934-20
3201 West Roosevelt Road
Little Rock Arkansas 72204

Declaration: This information is true and
factual; presented to the best
of my abilities.

Ms. Holly Dickson
Executive Director
ACLU of Arkansas

## Unsanitary Living

Ms Dickson,

My name is Frank Lawrence and first of all I want to congratulate you on being designated as the permanent executive director of the American Civil Liberties Union of Arkansas. Your tenure at the ACLU has been exemplary.

I am a 64 year old male with hypertension, diabetes and heart disease. These physical ailments put me in the category of what the Centers for Disease Control classify as "high risk", in terms of being succeptible to acquire the Covid 19 virus.

I have been detained at the Pulaski County Regional Detention Facility since July 16th and I must inform you that the living conditions, Sepsis containment, inmate personal hygiene, sanitary waste disposal, fecal disposal, and the overall practice of minimal behavior necessary to prevent transmission of the Covid 19 Virus are deplorable; And in many cases, non-existent.

I am professionally qualified to make these unbiased statements of fact because of my background and professional training. I received a Certificate and Associate of Science degrees from the University of Arkansas for Medical Sciences, College of Health. Bachelors of Arts degrees and Graduate Studies at the University of Kentucky and I'm currently pursing a Master's Degree as a Licensed Clinical Social Worker with a concentration in Addiction studies. I know hygiene and aseptic ways.

Working with surgeons in all specialties for over 25 years, I was highly trained at UAMS in Aseptic technique, microbiology and the containment of airborne pathogens, especially within the surgical field.

1. There are never adequate supplies of toilet paper. We go days and weeks.
2. There are 30-40 inmates in open barracks in the D unit and one restroom.
3. In the 65 days of my detainment, there has never been soap available.
4. We are told by the staff to wipe feces with our hands.
5. Indigent inmates receive 2 small packets (0.34 oz) Body wash each month and a 0.8 ounce of Freshmint toothpaste per month, No bar soap.
6. 2 shower stalls replete with black mold and never sanitized.
7. The walls of the 60' x 20' outdoor area are mold infested. (black)
8. We have one receptal for drinking water. Inmates wash their hair, their underwear and socks in the area designated for drinking water.
9. Inmates use the drinking water area to brush their teeth because the one and only bathroom is in constant use.
10. No disenfectants are used on inanimate objects belonging to inmates.
11. Juveniles co-mingle with adult inmates, and share common living areas.
12. Adult inmates acquire and facilitate juvenile tobacco use.
12a. As a high risk geriatric detainee, whose meals are served by mask-less inmates; I pray that litigation takes place to grant my release on humanitarian grounds.

Frank Lawrence  9/19/2020

Frank Lawrence Inmate # 81934-20

Case 4:20-cv-01174-BRW Document 2 Filed 11/02/20 Page 20 of 31

PAGE 2
OF 5

ACLU ARKANSAS EXECUTIVE DIRECTOR
DIRECTOR

## DEPRIVATIONS

13. OF THE 80-85 men in D unit, none practice hygenic daily and routine hand-washing because it's not encouraged and there is no running hot water* in the only restroom that serves the 20-25 men occupying lower bunks.

14. The frequency of use and the numbers of men using the only 1st floor restroom increases exponentially when inmates from the locked 2 man cells go on break on the lower level. No hot water, no soap and no paper towels. Inmates frequently transition occupancy cell to cell and cells are never sanitized. Cells are occassionally mopped, using an odorless agent from a no-label jug. Of the 80-85 detainee's, most all refuse to wear masks.

15. There is no fumigation or wash down of commonly used surfaces, ie; bunks, stair railings, telephones, kiosks, chairs, shower facilities etc.

15. The ice machine is completely riddled with black mold and the requests are made to the duty officers whose typical reply is, "I will tell my sargent"

16. There is no social distancing, period. Inmates who occupy 2 man cells are most at risk of covid 19 because of the 8' cell dimensions. One man cells could possibly be accomplished if juveniles were not on the Unit.

17. There is no social distancing in the open barracks. Bunks are 2'-3' apart. 2 man cells should be banned in favor of single bunks.

17a. Of the 80 or so men in D unit, 8-10 are over 60 and with most having non violent charges including those who have no violent convictions should be released. Bob, freeing up much needed bunkspace. Habaes Corpus is denied when detainees are deprived of speedy trials.

18. I was arrested by federal marshals in Orlando, Florida on June 10, 2020 because I was under mandatory quarratine at the time of my court date and undergoing psychiatric dual diagnosis treatment. I spent 36 days in Orange County jail Orlando, Florida awaiting transport to PCRDF. I arrived July 16, 2020 and my trial date is set for March 23, 2021 or 253 days after an arrest for FTA on a charge that I was originally arrested for on January 5, 2019 or 26 months ago. My attorney Lou Marczuck seems not able to get me a speedy trial.

19. My bail is excessively high & punitive. At $50,000 my bond fee of $5,080 is unattainable because of a fixed social security disability monthly benefit.

20. Due to my age, the length of time associated with this case coming to trial, I should be released on my own recogninces awaiting an 8 month future trial date.

21. I am being deprived of 3 mandatory psychiatric medications, Seraquel, Trazadone, & Cytalapram

22. My heart disease consists of Aortic Calcification diagnosed by a board certified cardiologist. The nurse practitioner refuses calcium channels

## REPEATED CIVIL RIGHTS VIOLATIONS

blocker. The CCB prevents fluid retention which helps to minimize the possibility of a myocardial infarction and pericarditis. The nurse practitioner's excuse for not continuing the medication; "Just because you have the illness, doesn't mean we have to treat it."

23. Registered nurse practitioners are not MD's yet we are routinely told that we will be seeing a doctor for some acute & potential life threatening illnesses and billed for each visit by a third party health provider.

24. There were/are HIPPA violations repeated by one particular transportation or escort officer. On 2 occassions, this guard (escort) has entered the private exam room and interrupted the clinician while eavesdropping and commenting on private health communication between me & the clinician's (Aka doctor's). On one occassion, I was forcefully removed from an active consultation when the same African American female escort made the determination I was taking too long and she told the nurses they shouldn't respond to me. Each time I wrote grievances and requested the sargent or Lieutenant access the USDOJ-OCR website and download a HIPPA complaint form. My HIPPA complaint form refused, officer not identified

25. Of the 80 or so inmates adult and juveniles all smoke tobacco and or marijuana on the premises; within the sleeping area & outside. Individuals all have rights and civil liberties and I respect each and every inalienable right guaranteed by the U.S. constitution and God. But it just so happens that I don't smoke and being exposed to 2nd hand smoke is a serious health risk & may contribute to acquiring the Covid 19 virus.

26. My disabling condition is Post Polio Syndrome which is secondary to me acquiring polio in 1956. I had to be resuscitated 24 hours a day in what was then called an "Iron Lung" This was the predecessor to todays ventillators used in Covid 19 care. My health is compromised with a significant potential to acquire the Covid 19 virus and even death from the wanton disregard and refusal to provide appropriate hygienic, medical and antiviral applications and precautions. Please seek injunctive relief or litigation on my behalf. Thank You Ms. Dickson. Frank Lawrence

To: Ms Holly Dickson
    ACLU Arkansas
    Executive Director

## PERSONAL INJURY

27. JULY 27, 2020 while being housed in the Q unit, I sustained a fall while using the left shower because the right shower unit designated for handicapped use was inoperable. The right unit has handrails while the left one does not. The floors, and side walls are extremely slick. As I was putting on my under-wear, my right leg that has been weakened by polio gave way. The slickness of the floor and lack of handrails caused contortions of my body and I. immediately lost my balance and hit the floor. The right side of my head hit the right side wall while my right hip, right knee, and right foot seemed to hit the concrete floor at about the same time. My entire right side was temporarily paralyzed and I could only use my arms.

28. A "code red" was called and the medical team responded. I was not able to walk and I was taken by wheel chair to the detention facility parking lot and transported to the UAMS emergency room where I was treated for over 8 hours. X rays were taken and an EEG & EKG were performed and blood was taken. Range of motion attempts were made to no avail due to the excruciating pain in my hip, knee and lower leg.

a. I was given a prescription for pain medication, immobolizer, walking shoe and crutches.

b. The RN & PNP initially refused use of an extra depth shop that was worn on my intake to the facility. An orthotic is used for leg length discrepency.

c. The shoes were finally allowed for me to use September 10, 2020.

d. The pain is extreme and excruciating at times. The crutches cause pain in my armpits. and I'm not able to fully bare weight on my right side. Walking is painful and I sit in my bunk most of the time.

e. My crutches were taken away by a sargent who discovered an inmate had removed parts to fabricate a shank.

f without the ability to walk regularly, my body constantly hurts. The pain and nerve degeneration along with paresthesias and numbness that accompanies the debilitating effects of post polio syndrome go untreated because the medical staff refuses to give me Amitryptelene, mobic and gabapentin. All previously prescribed by a medical doctor.

g. RN's, Nurse Practitioners, LPN's & Nurse assistants are all trained by nurses. Physicians Assistants (PA-C) are the only treatment specialists trained by doctors and quite capable of diagnosing and putting together quantative and comprehensive treatment plans.

a. Nurses have not been trained in radiographic interpretation and diagnosis. An APRN told me in the UAMS emergency room that my x-rays "are fine". I believe that I have a hip fracture and possible fractures of one or more vertabrae, L1-L5. From my experiential observation the medical staff at PCBDF along with subpar treatment modalities is comparable to 3rd World healthcare.          Frank Lawrence

TO: MS. HOLLY DICKSON
ACLU Arkansas
Executive Director

## SEXUAL IMPROPRIETY
## SEXUAL INFLUENCE

29. A female desk/duty officer known as Latimore is too familiar with the juvenile detainee's. The officer spends an inordinate amount of time with the detainee's both individually and collectively, typically in groups of 2-3 if not singularly. Out of the dozen or so detainees, she spends more time with these 5. I have personally heard conversations dealing with dating, relationships, sex, advice on criminal matters and negotiations for extended recreation time.

While on her watch, the juveniles are incorrigible and run amuck with free will. She refuses to enforce the mandatory cell lock-downs and allows them to escape from their cells throughout her 12 hour shift. All of the "juvies" know how to "pop a lock". The technique involves using a torn piece of a bunk sheet and their identification card, and with co-operation of a 2nd inmate to facilitate the escape. Her line of sight allows her to witness the activity but she acts as if she does not see.

This negligence allows the "juvies" to co-mingle with male adult inmates on their private bunks. This behavior is for the sole purpose of cigarette smoking. The adult males apparently do not see the harm in providing tobacco to inmates who can't purchase on their own. The officer on this assignment/shift allows it to take place on her watch. I believe the unusually long time spent with these boys in whispered conversation is inappropriate.

The duty officer on 9/21 used juvies on the "clean up crew". And they ran wild until 12:45 a.m. Those whom are locked in 2 man cells and smoke cigarettes (ready to roll) need a way to light them, especially if they are banned along with lighters and matches.

a. Juvies have been taught to make "4's" or a "wick". These are made by rolling toilet paper repeatedly until it's rolled structure, approximately 4-8" long resembles a wick. The toilet paper is lit by the guard who in most cases is a smoker, or by an adult who possesses a lighter. Once lit, the flame is extinguished and the burning "4" or "wick" is slung under cell doors.

Frank Lawrence

CONTINUATION OF HIPPA
COMPLAINT

ON 8/14 20 The officer/escort named Lattimore. (The on duty sargent as well as Inmate services refused to provide her first name. Both indicated privacy reasons.) Upon arriving at the medical unit, she positioned herself at the open entry door to the examination room. The escorts typically sit at a desk 30' feet away. The squelch of the radio caused me to turn and noticed that she was now inside the exam room.

She visibly began to pay attention to the conversation between me ant the nurse and a nurse whom introduced herself and indicated that she was new and being trained. I felt very uncomfortable about furthering the discussion as it dealt with my sexual reproductive health and a urinary tract infection.

Lattimore interrupted the nurse and told her, "you don't have to say anything else to him." I told Lattimore that she had no business eavesdropping and gaining access to a confidential medical information. I told her that she was violating my HIPPA rights to privacy and I asked her to leave the exam room until my appointment was over. She refused to leave and stood between me and the 2 clinicians.

She turned up the "squelch" on her 2-way radio very loud and called for her supervisor. She left the exam room and I continued my discussion with the nurse. A moment later a white female middle aged woman entered the exam room and she began listening to my conversation. She asked if everything was alright and I explained to her that she or Lattimore had any professional authority to be in my examination room listening to my confidential medical information, that it was a HIPPA violation and she was cluless.

This is harmful, demeaning and embarrassing. My medical history is private and protected by federal law. I was denied a HIPPA complaint form as I requested it to be downloaded from the USDOJ-OCR website. I was told that a grievance should be filed and I did. I want to file a formal complaint that is on the DOJ website. The PCRDF should should prohibit such violations. I ask $600,000 in punitive damages. $600,000 in compensatory damages.

*Frank Lawrence*   9/25/2020

7/17/20   File Grievance for not treating Aorta calcification

7/18/2020   Do I need to send another authorization to release medical information

8/22/2020   I have medical issues that need to be addressed. No Reply

8/22/2020   Grievance file for refusing some psychiatric meds

8/23/2020   Seraquel, Zoloft, Paxil, Trazadone, Cytalopram
No reply but I was told a cheaper, less effective Remron.

8/22/2020   From admin.: This is not a sick call reavest   Autoresponder

8/24/2020   I was diagnosed by a board certified cardiologist as having heart disese with aortic calcification. Will the 1 authorization allow access to my medical records to confirm that I have received a calcium channel blocker as part of my treatment? Why am I not receiving cholesterol meds?

8/25/2020   From admin: You were seen and given an Rx.

8/25/2020   I want this communication to serve as a grievance. The basis for the grievance is the neglect of my documented health issues. no reply

8/30/2020   I reavested name of Medical director, filed grievance and no answer

9/21/2020   Massodiq told of lack of data download for grievance. I gave him a self printed form as grievance.

9/25/2020   Crutches were taken and a grievance was filed but no reply and my crutches have not been replaced.

9/23/2020   Numerous requests have been made to a Substance Abuse Counselor named Holly Taylor

9/23/2020   Grievance filed and no reply.

9/27/2020   A 4th medical grievance was filed based on the refusal of the medical staff to treat my heart disease. At age 54, 10 years ago I suffered my 1st heart attack and a board certified cardiologist; M.D. treated me. The calcification of my aorta can continue stricture leading to congestive heart failure, stroke and death. The medical staff At PORDF refuses to treat even though x rays from medical staff at Orange County Jail in Orlando, Florida confirm.

# Grievance Procedure
## Confirmation Difficulties
### on Kiosks

Beginning early 2019, the outdated process of filing grievances on paper forms was eliminated and replaced by a system similar to data entry and retrieval on a personal computer. The transmission of data is stored on a harddrive somewhere, by way of data entry portal referred to as Kiosk. Data is transmitted for various requests from commissary ordering to making medical, dental and psychiatric health requests, to filing grievances. Having an intranet based data entry & retrieval system should improve efficiency and allow a much smoother workflow that serves the inmates better.

1. Grievances on the Kiosk are divided into 2 categories
   a. standard grievances
   b. commissary grievances

2. Any non financial grievance including medical and mental health all fall under the standard grievance.

3. The Kiosk system has a 9 grievance limit.
   a. after a total of 9 items, the system can only refresh itself and accommodate new entries if the system administrator deletes any or all of the 9 items in the que.
   b. Problems occur when grievances are deleted without being addressed and this does occur.
   c. The grievance procedure ceases to exist when there is no administrator activity. This is the problem I face now.
   d. An alternate method to report grievances is then required and there is none. I've asked to use the paper form but they are no longer available

4. Grievances are deleted without being answered.

5. Grievances are answered by an autoresponder to eliminate them and give the appearance of a resolution
   a. ie; "Your request will be tasked to a provider"

6. When medical and/or mental health entry portal is used to submit a complaint, the auto-reply is: This is to be only used to make appointments. Limit to sick calls.

7. After speaking to Sgt. Massodiq, an inmate services specialist; he does not know how to retrieve any grievance, period.

8. I will document medical requests in the order I can remember. I will file either a discovery motion or a motion to Compel after the court provides case number.

Mr Frank Lawrence Inmate # 0109120
3201 West Roosevelt Road
Little Rock Arkansas 72204

Ms. Holly Dickson
Executive Director
ACLU of Arkansas

Declaration: This information is true and factual; presented to the best of my abilities.

## Unsanitary Living

Ms Dickson,

My name is Frank Lawrence and first of all I want to congratulate you on being designated as the permanent executive director of the American Civil Liberties Union of Arkansas. Your tenure at the ACLU has been exemplary.

I am a 64 year old male with hypertension, diabetes and heart disease. These physical ailments put me in the category of what the Centers for Disease Control classify as "high risk", in terms of being susceptible to acquire the Covid 19 virus.

I have been detained at the Pulaski County Regional Detention Facility since July 16th and I must inform you that the living conditions, Sepsis containment, inmate personal hygiene, sanitary waste disposal, fecal disposal, and the overall practice of minimal behavior necessary to prevent transmission of the Covid 19 virus are deplorable; And in many cases, non existent.

I am professionally qualified to make these unbiased statements of fact because of my background and professional training. I received a Certificate and Associate of Science degrees from the University of Arkansas for Medical Sciences, College of Health; Bachelors of Arts degrees and Graduate studies at the University of Kentucky and I'm currently pursuing a Master's Degree as a Licensed Clinical Social Worker, with a concentration in Addiction studies. I know hygiene and aseptic ways.

Working with surgeons in all specialties for over 25 years, I was highly trained at UAMS in Aseptic technique, microbiology and the containment of airborne pathogens, especially within the surgical field.

1. There are never adequate supplies of toilet paper. We go days and weeks.
2. There are 30-40 inmates in open barracks in the D unit and one restroom.
3. In the 65 days of my detainment, there has never been soap available.
4. We are told by the staff to wipe feces with our hands.
5. Indigent inmates receive 2 small packets (0.34 oz) Body wash each month and a 0.8 ounce of Freshmint toothpaste per month, No bar soap.
6. 2 shower stalls replete with black mold and never sanitized.
7. The walls of the 60'x 20' outdoor area are mold infested. (black)
8. We have one receptal for drinking water. Inmates wash their hair, their underwear and socks in the area designated for drinking water.
9. Inmates use the drinking water area to brush their teeth because the one and only bathroom is in constant use.
10. No disinfectants are used on inanimate objects belonging to inmates.
11. Juveniles co-mingle with adult inmates and share common living areas.
12. Adult inmates acquire and facilitate juvenile tobacco use.
12a. As a high risk geriatric detainee, whose meals are served by mask-less inmates; I pray that litigation takes place to grant my release on humanitarian grounds.

Frank Lawrence, Alabama

Frank Lawrence   Inmate # 07934-20   TO: MS. HOLLY DICKSON

ACLU ARKANSAS EXECUTIVE
DIRECTOR

## DEPRIVATIONS

3. OF THE 80-85 men in D unit, none practice hygenic daily and routine hand-washing because it's not encouraged and there is no <u>running hot water</u>* in the only restroom that serves the 20-25 men occupying lower bunks.

4. The frequency of use and the numbers of men using the only 1st floor rest-room increases exponentially when inmates from the locked 2 man cells go on break on the lower level. No hot water, no soap and no paper towels. Inmates frequently transition occupancy cell to cell and cells are never sanitized. Cells are occassionally mopped, using an odorless agent from a no-label jug. Of the 80-85 detainee's, most all refuse to wear masks.

15 There is no fumigation or wash down of commonly used surfaces, ie; bunks, stair railings, telephones, kiosks, chairs, shower facilities etc. The ice machine is completely riddled with black mold and the requests are made to the duty officers whose typical reply is, "I will tell my sargent".

16. There is <u>no</u> social distancing, period. Inmates who occupy 2 man cells are most at risk of covid 19 because of the 8' cell dimensions. One man cells could possibly be accomplished if juveniles were not on the Unit.

17. There is no social distancing in the open barracks. Bunks are 2'-3' apart 2 man cells should be banned in favor of single bunks.

7a. Of the 80 or so men in D unit, 8-10 are over 60 and with most having non violent charges including those who have no violent convictions should be released. BOR, freeing up much needed bunk space. Habaes Corpus is denied when detainees are deprived of speedy trials.

18. I was arrested by federal marshals in Orlando, Florida on June 10, 2020 because I was under mandatory quarratine at the time of my court date and undergoing psychiatric dual diagnosis treatment. I spent 36 days in Orange County jail Orlando, Florida awaiting transport to PCBDF. I arrived July 16, 2020 and my trial date is set for March 23, 2021 or 253 days after an arrest for FTA on a charge that I was originally arrested for on January 5, 2019, or 26 months ago. My attorney Lou Marczuck seems not able to get me a speedy trial.

19. My bail is excessively high & punitive. At $50,000 my bond fee of $5,080 is unattainable because of a fixed social security disability monthly benefit

20. Due to my age, the length of time associated with this case coming to trial, I should be released on my own recogninces awaiting an 8 month future trial date.

21. I am being deprived of 3 mandatory psychiatric medications, Seraquel, Trazadone, & Cytalapram

22. My heart disease consists of Aortic Calcification diagnosed by a board certified cardiologist. The nurse practitioner did not prescribe a

## REPEATED CIVIL RIGHTS VIOLATIONS

blocker. The CCB prevents fluid retention which helps to minimize the possibility of a myocardial infarction and pericarditis. The nurse practitioner's excuse for not continuing the medication: "Just because you have the illness, doesn't mean we have to treat it."

23. Realstered nurse practitioners are not MD's yet we are routinely told that we will be seeing a doctor for some acute & potential life threatening illnesses and billed for each visit by a third party health provider.

4. There were/are HIPPA violations repeated by one particular transporation or escort officer. On 2 occasions, this guard (escort) has entered the private exam room and interrupted the clinician while eavesdropping and commenting on private health communication between me & the clinician's (AKA doctor's). On one occassion, I was forcefully removed from an active consultation when the same African American female escort made the determination I was taking too long and she told the nurses they shouldn't respond to me. Each time I wrote grievances and requested the sargent or Lieutenant access the USDOJ-OCR website and download a HIPPA complaint form. My HIPPA complaint form refused, officer not identified.

5. Of the 80 or so inmates adult and juveniles all smoke tobacco and or marijuana on the premises, within the sleeping area & outside. Individuals all have rights and civil liberties and I respect each and every inalienable right guaranteed by the U.S. constitution and God. But it just so happens that I don't smoke and being exposed to 2nd hand smoke is a serious health risk & may contribute to acquiring the Covid 19 virus.

6. My disabling condition is Post Polio Syndrome which is secondary to me acquiring polio in 1956. I had to be resuscitated 24 hours a day in what was then called an "Iron Lung" This was the predecessor to todays ventilators used in Covid 19 care. My health is compromised with a significant potential to acquire the Covid 19 virus and even death from the wanton disregard and refusal to provide appropriate hygienic, medical and antiviral applications and precautions. Please seek injunctive relief or litigation on my behalf. Thank You Ms. Dickson. Frank Lawrence

To: Ms Holly Dickson
ACLU Arkansas
Executive Director

## PERSONAL Injury

27. JULY 27, 2020 while being housed in the "Q unit, I sustained a fall while using the left shower because the right shower unit designated for handicapped use was inoperable. The right unit has handrails while the left one does not. The floors and side walls are extremely slick. As I was putting on my under-wear, my right leg that has been weakened by polio gave way. The slickness of the floor and lack of handrails caused contortions of my body and I. immediately lost my balance and hit the floor. The right side of my head hit the right side wall while my right hip, right knee and right foot seemed to hit the concrete floor at about the same time. My entire right side was temporarily paralyzed and I could only use my arms.

28. A "code red" was called and the medical team responded. I was not able to walk and I was taken by wheel chair to the detention facility parking lot and transported to the UAMS emergency room where I was treated for over 8 hours. X rays were taken and an EEG & EKG were performed and blood was taken. Range of motion attempts were made to no avail due to the excruciating pain in my hip, knee and lower leg.
   a. I was given a prescription for pain medication, immobilizer, walking shoe and crutches.
   b. The RN & PNP initially refused use of an extra depth shop that was worn on my intake to the facility. An orthotic is used for leg length discrepency.
   c. The shoes were finally allowed for me to use September 10, 2020.
   d. The pain is extreme and excruciating at times. The crutches cause pain in my armpits, and I'm not able to fully bare weight on my right side. Walking is painful and I sit in my bunk most of the time.
   e. My crutches were taken away by a sargent who discovered an inmate had removed parts to fabricate a shank.
   f. without the ability to walk regularly, my body constantly hurts. The pain and nerve degeneration, along with paresthesias and numbness that accompanies the debilitating effects of post polio syndrome Go untreated because the medical staff refuses to give me Amitryptelene, Mobic and gabapentin. All previously prescribed by a medical doctor
   g. RN's Nurse Practitioners, LPN's & Nurse assistants are all trained by nurses. Physicians Assistants (PA-C) are the only treatment specialists trained by doctors and quite capable of diagnosing and putting together quantative and comprehensive treatment plans.
      a. Nurses have not been trained in radiographic interpretation and diagnosis. An APRN told me in the UAMS emergency room that my x-rays "are fine". I believe that I have a hip fracture and possible fractures of of one or more vertabrae, L1-L5. From my experiential observation The medical staff at PCRDF along with subpar treatment modalities is comparable to 3rd World healthcare.       Frank Lawrence

MR. Frank Lawrence   PULASKI COUNTY REGIONAL DETENTION FACILITY
3201 West Roosevelt Rd.
Little Rock ARKANSAS
　　　　　　　　72204
  INMATE # 07934-20
　　SO# 256414



　　　　　　PRO Se Law Clerk
　　　　　600 West Capitol Avenue
　　　　　Little Rock, ARKANSAS 72201-3325
　　　　　Room A-149

IZM