# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**FRANK LAWRENCE**                                                                         **PLAINTIFF**
**#07934-20**

**V.**                          **No. 4:20CV01174-BRW-JTR**

**KENDRA ROBERTS, APRN, et al.**                                            **DEFENDANTS**

## <u>ORDER</u>

I have reviewed the Partial Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Frank Lawrence's requests for dismissal of state criminal charges and release from custody in his first Substituted Complaint (Doc. No. 26) are DENIED and DISMISSED. Lawrence's Motion to Redact and Motion to Substitute Addendum (Doc. 33, 38) are DENIED. All claims asserted in Lawrence's second Substituted Complaint, Addenda, Motion to Redact, and Motion to Substitute Addendum (Docs. 28, 29, 31, 32, 33, 35, 37, & 38) are DISMISSED, without prejudice. As a result, Defendants Pulaski County, Pulaski County Sheriff Department, Eric Higgins, Lawrence Hendricks, Dyers, Lattimore, Aramark, Pulaski County Quorum Court, Pat O'Brien, K. Millken, Conners, Herring, Mossadiq, and Parker are terminated as Defendants in this action.

IT IS SO ORDERED this 24th day of May, 2021.

<u>Billy Roy Wilson</u>
UNITED STATES DISTRICT JUDGE