IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FRANK LAWRENCE                                                                                        PLAINTIFF

VS.                                          No. 4:20-CV-1174-BRW

KENDRA ROBERTS, APRN, *et al.*                                                            DEFENDANTS

## ORDER

Frank Lawrence has not complied with the December 3, 2021 Order directing him to file a notice of his current mailing address.[1] The time to do so has expired. His mail is being returned as undeliverable.[2] Thus, this case is dismissed without prejudice due to a lack of prosecution.[3] I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[4]

IT IS SO ORDERED this 4th day of January, 2022.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 65.

[2] Docs. 60, 66.

[3] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[4] 28 U.S.C. § 1915(a)(3).