# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FRANK LAWRENCE**                                                              **PLAINTIFF**

**VS.**            **No. 4:20-CV-1174-BRW**

**KENDRA ROBERTS, APRN,** *et al.*                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of January, 2022.

                                            <u>Billy Roy Wilson</u>
                                            UNITED STATES DISTRICT JUDGE